IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWEST DIVISION

| | |
|---|---|
| NOEL J. P. ENGEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:17-cv-05152-SRB |
| ) | |
| MISSOURI ATTORNEY GENERAL, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Before the Court is Plaintiff Noel Engel's motion for leave to proceed *in forma pauperis*. (Doc. #1). For the following reasons, the motion is denied, and this case is dismissed without prejudice subject to the filing of a paid complaint.

Plaintiff brings this action *pro se*, alleging the news media engaged in slander and libel. The Court may grant Plaintiff leave to proceed *in forma pauperis*, depending upon his ability to pay fees. 28 U.S.C. § 1915(a)(1). Plaintiff's motion for leave to proceed *in forma pauperis* was filed on August 10, 2017, without an affidavit as required by statute. *Id.* On August 10, 2017, the Court mailed a blank affidavit form to Plaintiff with instructions to complete and return the form to the Court. Plaintiff has yet to comply with the Court's instructions. Regardless of the lack of affidavit, the Court has fully reviewed the record and finds Plaintiff's Complaint must be dismissed as frivolous.

When a plaintiff seeks the ability to proceed *in forma pauperis*, the Court must dismiss a cause of action "at any time if the court determines that . . . the action . . . . (i) is frivolous or malicious; (ii) fails to state a claim on which relief may be granted; or (iii) seeks monetary relief against a defendant who is immune from such relief." 28 U.S.C. § 1915(e)(2)(B). An action is

"frivolous" within the meaning of Section 1915 if it "lacks an arguable basis either in law or fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989). The Court may find that a claim is factually frivolous when "the facts alleged rise to the level of the irrational or the wholly incredible, whether or not there are judicially noticeable facts available to contradict them." *Denton v. Hernandez*, 504 U.S. 25, 33 (1992).

This case is one of more than 140 separate cases Plaintiff has recently filed in the United States District Court for the Western District of Missouri. Plaintiff seeks to proceed *in forma pauperis* in most of his cases. In this case, Plaintiff names only the Missouri Attorney General as a Defendant. To the best of the Court's ability,[1] the Court discerns that Plaintiff claims members of the news media, which "a background check of the Plaintiff will therefore be evidence of the Alleged Allegations," engaged in slander and libel against the Plaintiff. Plaintiff asks for relief in the form of the "United States Government to Honor ALL Federal Court Filings by the Plaintiff in Federal Court."

While mindful of its duty to construe *pro se* complaints liberally, it is not the job of the court to "construct arguments or theories for the plaintiff in the absence of any discussion of those issues." *Drake v. City of Fort Collins*, 927 F.2d 1156, 1159 (10th Cir. 1991) (citation omitted). Merely "setting forth legal conclusions, or in this case, legal terms, does not state a plausible claim for relief." *Triplett v. United States*, 2016 WL 4515933, at *3 (W.D. Mo. 2016) (citing *Braden v. Wal-Mart Stores, Inc.*, 588 F.3d 585, 594 (8th Cir. 2009)). The Complaint lacks an arguable basis in law or fact and includes allegations that are "clearly baseless" because they are "fanciful, fantastic, and delusional[.]" *Denton*, 504 U.S. at 33 (internal citations and

---

[1] Plaintiff's Complaint is largely unintelligible.

quotation marks omitted).  Therefore, the Complaint on its face is frivolous and must be dismissed.  *Id.*

Accordingly, it is hereby **ORDERED** that:

(1) Plaintiff Noel Engel's motion for leave to proceed *in forma pauperis* (Doc. #1) is **DENIED**; and

(2) Plaintiff's case is dismissed without prejudice subject to the filing of a paid complaint.

**IT IS SO ORDERED.**

/s/ Stephen R. Bough
STEPHEN R. BOUGH
UNITED STATES DISTRICT JUDGE

Dated: September 5, 2017